# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE HUGHES** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 20-2374** |
| **KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: "G"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that that the Motion for Summary Judgment filed by the Plaintiff (Rec. Doc. 20) is **DENIED** and the Motion for Summary Judgment filed by the Commissioner (Rec. Doc. 21) is **GRANTED**.

NEW ORLEANS, LOUISIANA, this __26th__ day of April, 2022.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**